AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| VICTORIA RENA WILLIAMS | ) | Case No.  4:21 MJ 246 DDN |
| | ) | |
| | ) | SIGNED AND SUBMITTED TO THE COURT FOR |
| | ) | FILING BY RELIABLE ELECTRONIC MEANS |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   October 5, 2011   in the county of   St. Louis County   in the
Eastern   District of   Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1958 | Conspiracy to Use Interstate Commerce Facilities in commission of Murder-for-Hire, resulting in death |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*/s/ Kassandra L. McKenzie*

*Complainant's signature*

Kassandra L. McKenzie, SA, FBI

*Printed name and title*

Sworn to before me and signed in my presence.
Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date:   09/09/2021

/s/  **David D. Noce**

*Judge's signature*

City and state:   St. Louis, Missouri   Honorable David D. Noce, U.S. Magistrate Judge

*Printed name and title*