UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21 MJ 246 DDN |
| | ) | |
| VICTORIA RENA WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Michael A. Reilly, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 _s/Michael A. Reilly_____
MICHAEL A. REILLY, #43908MO
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri   63102
(314) 539-2200