UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21 MJ 246 DDN |
| | ) |
| VICTORIA RENA WILLIAMS, | ) |
| | ) |
| Defendant. | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, United States Attorney for the Eastern District of Missouri, and Michael A. Reilly, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. There is a serious risk that the defendant will flee and is a threat to the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial.

    SAYLER A. FLEMING
    United States Attorney


    _s/Michael A. Reilly_
    MICHAEL A. REILLY, #43908MO
    Assistant United States Attorney